# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141673(31)

JEFFERY R. BURNETT,
     Plaintiff-Appellant,

and

ANDREW B. BURNETT,
     Plaintiff,

v

JUDGE LOWELL ULRICH, JUDGE JOHN
FITZGERALD, JUDGE BETH GIBSON,
JUDGE DENNIS MURPHY, CHIPPEWA
COUNTY CLERK, NINETY FIRST
DISTRICT COURT ADMINISTRATOR,
and JAMES A. RIGGLE,
     Defendants-Appellees.
_____/

SC: 141673
COA: 296907
Chippewa CC: 09-010235-AV
91st DC: 08-002610-LT

      On order of the Court, the motion for reconsideration of this Court's November 24, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

d0228